IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIN TIN TIN, INC., ET AL. | § | |
|     Plaintiffs, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-08-2853 |
| | § | |
| FIRST LOOK STUDIOS, INC., ET AL. | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendants First Look Studios, Inc.'s *et al* Motion for Summary Judgment (**Instrument No. 32**), signed on the 12th day of November, 2009, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 12th day of November, 2009, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE